Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−27162−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian Douglas Bottiglieri                             Michele Trudy Bottiglieri
   12 Worrell Road                                       12 Worrell Road
   Tabernacle, NJ 08088                         Tabernacle, NJ 08088

Social Security No.:
   xxx−xx−1245                                          xxx−xx−3536

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on January 31, 2018.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 31, 2018
JAN: wir

                                                                                                   Jeanne Naughton
                                                                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-27162-MBK
Brian Douglas Bottiglieri                                             Chapter 13
Michele Trudy Bottiglieri
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Jan 31, 2018
                              Form ID: 148             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2018.
```
db/jdb         +Brian Douglas Bottiglieri,    Michele Trudy Bottiglieri,    12 Worrell Road,
                 Tabernacle, NJ 08088-8702
517027136      +KML Law Group,    701 Market Steet, Suite 500,    Philadelphia, PA 19106-1538
517027139       Nation Star,    PO Box 619096,    Lewisville, TX 75067
517249822      +PAYDAY LOANS & MORE,    WILLIAMSON AND BROWN,LLC,    4691 CLIFTON PKWY,    HAMBURG, NY 14075-3201
517132439      +The Bank of New York Mellon,    P O Box 619096,    Dallas, TX 75261-9096
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 31 2018 22:50:31     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 31 2018 22:50:28      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517078385       EDI: GMACFS.COM Jan 31 2018 22:18:00      Ally Financial,    PO Box 130424,
                 Roseville, MN 55113-0004
517027132      +EDI: GMACFS.COM Jan 31 2018 22:18:00      Ally Financial,    200 Renaissance Center,
                 Detroit, MI 48243-1300
517027133      +E-mail/Text: bankruptcy@pepcoholdings.com Jan 31 2018 22:50:15      Atlantic City Electric,
                 PO Box 13610,    Philadelphia, PA 19101-3610
517052739      +E-mail/Text: bankruptcy@pepcoholdings.com Jan 31 2018 22:50:15
                 Atlantic City Electric Company,    5 Collins Drive, Suite 2133,    Mail Stop 84CP42,
                 Carneys Point, NJ 08069-3600
517027134       EDI: CAPITALONE.COM Jan 31 2018 22:18:00      Capital One,    PO Box 85520,    Richmond, VA 23285
517136826       EDI: BL-BECKET.COM Jan 31 2018 22:18:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
517027135      +EDI: RCSFNBMARIN.COM Jan 31 2018 22:18:00      Credit One Bank,    PO Box 60500,
                 City of Industry, CA 91716-0500
517027137      +EDI: RESURGENT.COM Jan 31 2018 22:18:00      LVNV Funding LLC,    PO Box 10497,
                 Greenville, SC 29603-0497
517201147       EDI: RESURGENT.COM Jan 31 2018 22:18:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517199202       EDI: MERRICKBANK.COM Jan 31 2018 22:18:00       MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
517027138      +EDI: MERRICKBANK.COM Jan 31 2018 22:18:00      Merrick Bank,    10705 S Jordan, Ste 200,
                 South Jordan, UT 84095-3977
517095789       EDI: PRA.COM Jan 31 2018 22:18:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
517148593      +EDI: JEFFERSONCAP.COM Jan 31 2018 22:18:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                               TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517027140       PHE
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2                 Date Rcvd: Jan 31, 2018
                              Form ID: 148             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK
               as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2005-AA8
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Jenelle C Arnold    on behalf of Creditor    NationStar Mortgage LLC bkecfinbox@aldridgepite.com,
               jarnold@ecf.inforuptcy.com
              Kevin M. Buttery    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK
               as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2005-AA8 bkyefile@rasflaw.com
              Robert H. Johnson    on behalf of Joint Debtor Michele Trudy Bottiglieri ecfmail@rhjlaw.com,
               r43974@notify.bestcase.com
              Robert H. Johnson    on behalf of Debtor Brian Douglas Bottiglieri ecfmail@rhjlaw.com,
               r43974@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 7